UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. KARR, | ) |
| Petitioner, | ) CASE NO. 2:07-cv-00510-RSL-JLW |
| v. | ) |
| D.K. SISTO, Warden, | ) ORDER DEFERRING PREPARATION |
| | ) OF REPORT AND RECOMMENDATION |
| Respondent. | ) |

The Board of Parole Hearings determined that petitioner should be denied a parole release date because his release from prison would pose an unreasonable risk of danger to society. Petitioner claims that the Board's decision denied him due process of law. Based upon the Court's review of the entire record, the Court will defer submission of a Report and Recommendation until the filing of the en banc decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008).

DATED this 30th day of October, 2009.

JOHN L. WEINBERG
United States Magistrate Judge

ORDER DEFERRING REPORT AND RECOMMENDATION - 1